United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM ROBERT BARNES, (TDCJ-CID #1611277), | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-0425 |
| SOUTH TEXAS INTERMEDIATE SANCTION FACILITY, | § § § § | |
| Defendant. | § § | |

## MEMORANDUM AND OPINION

The plaintiff has failed to keep the court apprised of his current address. Telephone inquiry reveals that the plaintiff is no longer confined at the South Texas Intermediate Sanction Facility. It appears that the plaintiff has been released from custody. The South Texas Intermediate Sanction Facility is the only address on record for the plaintiff.

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The court will send notices only to the address on file. The plaintiff has failed to provide the court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. MOORE, FEDERAL PRACTICE § 41.51(3)(b) & (e) (3d ed. 1998). Upon a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b). *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution. The plaintiff's motion

to proceed as a pauper, (Docket Entry No. 2), and motion for the appointment of counsel, (Docket Entry No. 4), are denied as moot.

        SIGNED on March 22, 2016, at Houston, Texas.

                                            Lee H. Rosenthal
                                       United States District Judge